UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ULYSSES BRAXTON, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Petitioner, | ) | CASE NO.1:94CR068-003 |
| | ) | |
| -vs- | ) | |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Respondent. | ) | |

<u>CHRISTOPHER A. BOYKO, J.</u>

Ulysses Braxton, ("Braxton") previously wrote to this Court stating that prison officials were using the gifts and allowances forwarded to him from his family as payment toward restitution. In addition, Braxton requested the Court issue an order to the Bureau of Prisons for a name change from "Braxton" to "Clements." This Court issued an Order on April 7, 2009, finding Braxton's claim that the prison is taking his money was unfounded. Further, the Court denied Braxtons' request for a name change.

Braxton filed a "Motion for Reconsideration," on April 16, 2009, ECF Doc. No. 464, claiming that *"the Bureau of Prison Employment Program is totally different than the Bureau of Prison Financial Responsibility Program, pursuant to Policy Statement 5380.09."* In addition, Braxton requests reconsideration of the Court's denial of his request for a name change.

Braxton's Motion for Reconsideration is denied.  <u>Bureau of Prison Policy 5380.08</u>, Procedure § 545.11 (5)(b) states . . . "*payments may be made from institution resources or non-institution (community) resources.*"  Braxton fails to show the difference between the Inmate Financial Responsibility Program and the Bureau of Prison Employment Program.   Again, Braxton fails to offer any evidence to support his claim that the prison is taking his money.  Further, as stated in the previous order, this Court recognizes "Braxton" as the name charged in the Superceding Indictment and subsequent pleadings and will maintain its records as such.

     IT IS SO ORDERED.

                                  <u>s/Christopher A. Boyko</u>
                                  Christopher A. Boyko
                                  United States District Court Judge

April 20, 2009